**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01016-BNB

CHARLES MANZANARES,

      Applicant,

v.

GARY WILSON, Denver County Director of Corrections, and
TOM CLEMENTS, Executive Director, Colorado Department of Corrections,

      Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      The motion to compel (ECF No. 10) that Applicant filed on May 9, 2012, is DENIED as premature.

Dated:  May 10, 2012